IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Durante, Ailime E

Printed: 01/22/09

Case Number: 08 B 07550
Judge: Wedoff, Eugene R
Filed: 3/28/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: January 20, 2009
Confirmed: May 22, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,480.00 |  |
| Secured: |  | 939.15 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,314.64 |
| Trustee Fee: |  | 226.21 |
| Other Funds: |  | 0.00 |
| Totals: | 3,480.00 | 3,480.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Leeders & Associates LTD | Administrative | 2,530.00 | 2,314.64 |
| 2. | Toyota Motor Credit Corporatio | Secured | 10,175.15 | 939.15 |
| 3. | Dell Financial Services, Inc | Unsecured | 3,606.02 | 0.00 |
| 4. | Sallie Mae | Unsecured | 34,673.88 | 0.00 |
| 5. | Rosalind Franklin Univ Of Medicine & Sci | Unsecured | 555.15 | 0.00 |
| 6. | Capital One | Unsecured | 1,320.81 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 4,887.63 | 0.00 |
| 8. | Household Bank FSB | Unsecured |  | No Claim Filed |
| 9. | RMS | Unsecured |  | No Claim Filed |
| 10. | National Financial Sys | Unsecured |  | No Claim Filed |
| 11. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 12. | Sallie Mae | Unsecured |  | No Claim Filed |
|  |  |  | $ 57,748.64 | $ 3,253.79 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 226.21 |
|  | $ 226.21 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Durante, Ailime E | Case Number:  08 B 07550 |
| | Judge:  Wedoff, Eugene R |
| Printed: 01/22/09 | Filed:  3/28/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

